# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ZUSEL DIAZ MUNOZ,

    Plaintiff,

v.                                                Case No. 3:23-cv-178-MMH-LLL

WAL-MART STORES EAST, LP,

    Defendant.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Revised Joint Stipulation of Dismissal (Dkt. No. 52; Stipulation) filed on July 12, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. <u>See</u> Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own costs and attorney's fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of July, 2024.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record